

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00116-CV

Minerva **RAMOS**,
Appellants

v.

Daniel **LOREDO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV00069
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed: June 26, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on March 25, 2024. On June 4, 2024, we ordered appellant to file her brief and to show cause in writing by June 14, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM